**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-1677**

---

MICHAEL C. WORSHAM,

Plaintiff - Appellant,

v.

DIRECT ENERGY SERVICES, LLC,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:20-cv-00193-SAG)

---

Submitted:  April 26, 2022                    Decided:  April 28, 2022

---

Before AGEE and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Craig Worsham, Appellant Pro Se.  Hutson Brit Smelley, MCDOWELL HETHERINGTON LLP, Houston, Texas, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael C. Worsham appeals from the district court's order granting summary judgment in favor of Direct Energy Services, LLC ("Direct Energy"), in his action alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, several Federal Communications Commission and Federal Trade Commission regulations, and the Maryland Telephone Consumer Protection Act, Md. Code Ann., Comm. Law §§ 14-3201 to 14-3202. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Worsham v. Direct Energy, Servs., LLC*, No. 1:20-cv-00193-SAG (D. Md. May 12, 2021). We deny Direct Energy's motion to strike Worsham's reply brief. We deny Worsham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*